```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 23966
   CHRISTIAN GLENN FLOOD
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3937

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/25/2004 and was confirmed 08/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.90% from remaining funds.

     The case was paid in full 08/17/2007.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
FORD MOTOR CREDIT        SECURED           8970.00         925.21       8970.00
FORD MOTOR CREDIT        UNSECURED OTH      306.98            .00         64.16
GATEWAY                  SECURED NOT I   NOT FILED           .00           .00
GATEWAY                  UNSECURED       NOT FILED           .00           .00
ONYX ACCEPTANCE CORP     SECURED           4740.00         620.16       4740.00
ONYX ACCEPTANCE CORP     UNSECURED          322.62            .00         67.44
BANK ONE DELAWARE NA     UNSECURED         8019.63            .00       1676.42
ECAST SETTLEMENT CORP    UNSECURED        10423.80            .00       2178.99
SHERMAN ACQUISITION      UNSECURED        14763.09            .00       3086.08
FLEET CREDIT CARD        UNSECURED         5414.97            .00       1131.95
ROUNDUP FUNDING LLC      UNSECURED        18200.03            .00       3804.53
ROUNDUP FUNDING LLC      UNSECURED         6927.35            .00       1448.09
PETER FRANCIS GERACI     DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN               TRUSTEE                                        1,701.97
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 33,115.00

PRIORITY                                            .00
SECURED                                       13,710.00
    INTEREST                                   1,545.37
UNSECURED                                     13,457.66
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,701.97
DEBTOR REFUND                                       .00
                        --------------        --------------
TOTALS                  33,115.00             33,115.00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 23966 CHRISTIAN GLENN FLOOD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 11/27/07                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE